IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

TAMMY NGUYEN                                                                          PLAINTIFFS
and LEE NGUYEN

v.                              CASE NO. 2:25-CV-00123-BSM

PHOENIX INSURANCE COMPANY
and JOE O'GRADY                                                                       DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE